

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00014-CV

Virginia **BRETADO**,
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice (not participating)
              Patricia O. Alvarez (recused)

Appellant's second motion for extension of time to file appellant's motion for rehearing is GRANTED. *But see* TEX. R. APP. P. 49.3 ("A motion for rehearing may be granted by a majority of the justices who participated in the decision of the case. Otherwise, it must be denied.).

It is so **ORDERED** on this 10th day of January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court